

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2018

No. 04-18-00851-CV

Stephanie **VELA**,
Appellant

v.

James **KEISER**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI17844
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

On November 15, 2018, the district clerk filed a notification of late record. In that notification, the clerk states the clerk's record was due October 15, 2018. She asks for an extension of time to file the clerk's record to December 10, 2018. However, the clerk's record is not due in this court until December 10, 2018. Accordingly, we **DENY AS MOOT** the clerk's request for an extension of time to file the clerk's record.

We **order** the clerk of this court to serve a copy of this order on all counsel, the district clerk, and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court